UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY P. PATU,<br><br>                        Plaintiff,<br><br>   v.<br><br>KATHY GREY, *et al.*,<br><br>                      Defendants. | Case No. C17-1933-RAJ<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO PAY FILING FEE |

      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

      (1)     The Court adopts the Report and Recommendation.

      (2)     Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. 1) is DENIED.

      (3)     Plaintiff is directed to pay the $400 filing fee within ***thirty (30) days*** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in immediate termination of this action.

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 13th day of February, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 2